**UNITED STATES DISTRICT COURT**            **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**            Initial Appearance/ Detention Hearing

DATE: 5/06/2015      CASE NUMBER: 15-01565M-TUC-BGM

USA vs. Daniel E. Parra
DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ RELEASED ☐ CUSTODY ☐ WRIT

U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD   Judge #: 70BY

U.S. Attorney Mary Sue Feldmeier      INTERPRETER REQ'D N/A

Attorney for Defendant Tamara Mulembo (Duty-AFPD)

☒ Dft. Daniel E. Parra     states T/N is SAME

☒ Dft. Daniel E. Parra     Court enters plea of not guilty for the defendant.

☒ Financial Affidavit taken. Thereafter, Jessica Turk (CJA) is appointed as counsel of record.

☒ Counsel shall have 20 days to file Motions.

☒ Motion Hearing Date: ☒ to be set if any motions filed ☐ same as trial date.

☒ Ordered case continued to 5/26/15 at 10:40 AM for Status/Arraignment before the Hon. Bruce G. Macdonald.

☒ Defendant signed Order Specifying Methods and Conditions of Release and was released on his own recognizance. The defendant was advised on the record of his conditions of release.

Court **ORDERED** conditions:
1) The Defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.
2) The Defendant shall not commit any federal, state, or local crime.
3) The Defendant shall immediately advise the Court, defense counsel, and U.S. Attorney in writing before any change in address/telephone number.
     Government ☒ Concurs ☐ Objects ☐ Recommends

☒ Pending charge is a Class A Misdemeanor, eligible for Jury Trial. A Status Hearing is set. Parties should be prepared to discuss whether proceeding with jury trial, waiving venue before the District Court, and or consenting to the Magistrate and waiving Preliminary Hearing if available. The Government shall file an Information and Notice of Penalty.

Recorded by Courtsmart     I/A: 0
BY: Allison Siquieros     DH: 0
Deputy Clerk

Start: 9:16 AM
End: 9:45 AM